UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>A.H. MARTINEZ, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. CV 21-991-CBM (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that (1) Plaintiff's claims against defendants Aguirre, Penanta, Villalobos, Mijares, Makarade, and Resendiz are DISMISSED without prejudice but without leave to amend; (2) the First Amendment claims against defendant Hernandez and Gollette are DISMISSED with prejudice and without leave to amend; and (3) the Eighth and Fourteenth Amendment claims against defendants Martinez, Hernandez, and Gollette are DISMISSED with prejudice and without leave to amend.

1 | The Court will issue a separate order regarding service of the Second Amended
2 | Complaint on defendant Martinez in his individual capacity.

4 | Dated: MAY 24, 2022

_____
HONORABLE CONSUELO B. MARSHALL
Senior United States District Judge