UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>A.H. MARTINEZ, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. CV 21-991-CBM (KK)<br><br>JUDGMENT<br><br>JS-6 |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: FEBRUARY 17, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　Senior United States District Judge